Order issued November 29, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00334-CR

### THE STATE OF TEXAS, Appellant

### V.

### KENNETH CASHION, Appellee

## ORDER

Before Justices Bridges, O'Neill, and Fillmore

Appellant's November 2, 2012 motion for rehearing is **DENIED**.

DAVID L. BRIDGES
JUSTICE